**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:25-cr-00019** |
| | ) | |
| | ) | |
| **GUSTAVO QUINTERO,** | ) | |
| **Defendant.** | ) | |

## MOTION TO CONTINUE

Defendant, Gustavo Quintero, by counsel, moves this Court to continue the above-referenced criminal matter, which is presently set for jury trial on November 12, 2026, to new jury trial dates on March 22-March 26, 2027. The government joins this Motion and is in agreement with the new trial dates.

In support of this Motion to Continue, counsel states as follows:

(1) Mr. Quintero was indicted by the grand jury on four felony counts on December 10, 2025.

(2) Mr. Quintero had his initial appearance and arraignment in this Court on January 15, 2026. Mr. Quintero was remanded to custody on that day and has been continuously held since then.

(3) A jury trial was set for March 23, 2026, but a Motion to Continue was filed on behalf of Mr. Quintero due to the large amount of discovery and the additional time needed to prepare for trial, and accordingly, the jury trial was continued to October 19-23, 2026.

(4) Due to subsequent intervening circumstances, counsel for Mr. Quintero filed a Motion for Order of Competency to Stand Trial on March 4, 2026. A hearing was held and an Order granting the Motion was entered on March 30, 2026.

(5) Mr. Quintero was designated to BOP for the competency evaluation and arrived there on May 18, 2026.

(6) Mr. Quintero was returned from BOP in mid-late August of 2026 and was placed at the Western Virginia Regional Jail in Salem, Virginia.

(7) A competency hearing was held on September 9, 2026, and an Order was subsequently entered finding Mr. Quintero competent.

(8) Given communications issues that arose before Mr. Quintero was evaluated, and given Mr. Quintero's evaluation period within the BOP and the inability to meet with counsel during that time, counsel has not been able to meet with Mr. Quintero and fully discuss the case and the voluminous discovery until recently (this month).

(9) Accordingly, counsel has not had sufficient time to meet with Mr. Quintero to review discovery and discuss case strategy. Further, counsel has not and will not have sufficient time to prepare for trial and/or to consider and file any necessary pre-trial motions within the deadlines already set forth by the court.

(10) Additionally, there was a related misdemeanor case, Case No. 3:26-mj-00009-JCH, that the government has just indicted as a felony, Case No. 3:26-cr-00016-TTC-JCH. Mr. Quintero has not yet had an initial appearance and/or arraignment in that case, and the circumstances of that case may have some impact on this case and its potential resolution.

(11) The Speedy Trial Act, 18 U.S.C. 3161 § (h)(7)(A) and (h)(7)(B)(iv), recognizes that it is proper to grant a continuance on the motion of counsel to serve the ends of justice in order to afford counsel the reasonable time necessary for effective preparation; and in *Zedner v. United States*, 547 U.S. 489 (2006), the Supreme Court recognized that the court's determination as to whether the ends of justice are served by a delay is the controlling factor.

(12) Mr. Quintero is aware of the status of the current proceedings, is aware of this Motion, and is waiving his right to a speedy trial until the new proposed jury trial dates.

(13) Accordingly, Mr. Quintero requests that trial be re-set to March 22-26, 2027, for five total days, which are dates that are agreeable to the government.

WHEREFORE, Mr. Quintero requests that the Court grant this Motion and set the matter for jury trial on the dates set forth above, and to extend the Speedy Trial deadline accordingly.

Respectfully submitted,

GUSTAVO QUINTERO
By counsel

/s/ Jessica F. Phillips
Jessica F. Phillips (VSB #65953)
Royer Caramanis PLC
200-C Garrett Street
Charlottesville, VA 22902
(434) 260-8767 (telephone)
(434) 710-4061 (facsimile)
jphillips@rc.law

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jessica F. Phillips______________
Jessica F. Phillips (VSB #65953)
Royer Caramanis PLC
200-C Garrett Street
Charlottesville, VA 22902
(434) 260-8767 (telephone)
(434) 710-4061 (facsimile)
jphillips@rc.law