CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
9/25/2026
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:25-cr-00019 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GUSTAVO QUINTERO, | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

This case is before the court on Defendant Gustavo Quintero's Motion to Continue Trial Date. (ECF No. 41.) The Government does not oppose this request. For reasons set forth in the Motion, it is the finding of this court that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7) ("Speedy Trial Act"). The court makes this finding because failure to grant such a continuance would deny counsel for the Defendant and the attorney for the Government the reasonable time necessary for effective preparation, given the intervening circumstances identified in the Motion.

For the foregoing reasons, the Defendant's Motion to Continue Trial Date is **GRANTED** and the trial date is **CONTINUED** until March 22–26, 2027. The time period from November 12, 2026, until March 22, 2027, shall be excluded from the calculation of time under the Speedy Trial Act.

The Clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 25th day of September, 2026.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE